

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Consumers Digest Communications, LLC v. WestPoint Home, Inc., formerly doing business as WestPoint Stevens Inc.

08CV3486
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Consumers Digest Communications, LLC

FILED
JUN 1 8 2008  NF
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  Ronald A. Damashek | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Ronald Damashek | |
| FIRM  Stahl Cowen Crowley Addis LLC | |
| STREET ADDRESS  55 W. Monroe, Suite 1200 | |
| CITY/STATE/ZIP  Chicago IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6183820 | TELEPHONE NUMBER  312/641-0060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |