

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 1 8 2008
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CONSUMERS DIGEST COMMUNICATIONS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> WESTPOINT HOME, INC., a Delaware corporation, formerly doing business as WESTPOINT STEVENS INC., <br><br> Defendant. | No. <br><br><br> 08CV3486 <br> JUDGE SHADUR <br> MAGISTRATE JUDGE SCHENKIER |

### PLAINTIFF'S LOCAL RULE 3.2 DISCLOSURE

Plaintiff, Consumers Digest Communications, LLC, pursuant to Local Rule 3.2, hereby provides notice that it has no parent corporation nor does any publicly traded corporation hold any of its stock.

Stahl Cowen Crowley Addis LLC

By: _____
One of Its Attorneys

Andrew H. Eres
Ronald A. Damashek
Jeremy P. Kreger
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603
312-641-0060
ARDC No.: 6237032