IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 1 8 2008
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CONSUMERS DIGEST COMMUNICATIONS, LLC, a Delaware limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) No.<br>) |
| v. | )<br>) 08CV3486<br>) JUDGE SHADUR<br>) MAGISTRATE JUDGE SCHENKIER |
| WESTPOINT HOME, INC., a Delaware corporation, formerly doing business as WESTPOINT STEVENS INC., | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

### TRADEMARK INFORMATION

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1642060 | 4/23/91 | Consumers Digest Communications, LLC |
| 1378360 | 1/14/86 | Consumers Digest Communications, LLC |
| 2443011 | 4/10/01 | Consumers Digest Communications, LLC |
| 2441264 | 4/3/01 | Consumers Digest Communications, LLC |

CONSUMERS DIGEST COMMUNICATIONS, LLC,
Plaintiff

By: _____
One of Its Attorneys

Andrew H. Eres
Ronald A. Damashek
Jeremy P. Kreger
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL  60603
312-641-0060
ARDC No.: 6237032