AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Consumers Digest Communications, LLC, a
Delaware limited liability company,

CASE NUMBER: **08CV3486**

V.

ASSIGNED JUDGE:

WestPoint Home, Inc., a Delaware corporation,
formerly doing business as WestPoint Stevens
Inc.,

DESIGNATED **JUDGE SHADUR**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

~~Corporation Service Company, As Registered Agent~~ of
WestPoint Home, Inc.
80 State Street
Albany, New York 12207

**RECEIVED**
JUN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew H. Eres
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____           _____
(By) DEPUTY CLERK                                                              DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-19-08 |
| NAME OF SERVER *(PRINT)* DEPUTY SHERIFF CHAD HOTALING | TITLE DEPUTY SHERIFF - ALBANY CO. NY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CORPORATION SERVICE COMPANY (CSC) 80 STATE STREET ALBANY, NY 12207

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-19-2008         _[signature]_ #101
　　　　　　　Date　　　　　　　　*Signature of Server*

ALBANY COUNTY SHERIFF'S DEPARTMENT
16 EAGLE STREET
ALBANY, NEW YORK 12207
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## Albany County Sheriff's Department
### CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT ILLINOIS

County of Albany, State of New York

| | |
|---|---|
| CONSUMERS DIGEST COMMUNICATIONS, LLC, A<br><br>vs.<br><br>WEST POINT HOME, INC., | Index Number - 08CV3486<br><br>Sheriff File Number – 08003993 |

I certify that I am an Albany County Deputy Sheriff and that I am not a party to the above-entitled action. I further certify that I made service of the within described papers upon WEST POINT HOME, INC., the defendant in the following manner.

Papers Served:       SUMMONS AND COMPLAINT

Address Where
Service was Made:    C/O CORPORATION SERVICE COMPANY
                     80 STATE STREET
                     ALBANY, NY 12207

Date and Time
Of Service           6/20/2008 at 1:10PM

CORPORATION

By delivering to and leaving with **KEVIN VOHNOUTKA** the **SERVICE OF PROCESS** for the **CORPORATION SERVICE COMPANY** personally a true copy thereof.

STATUTORY FEE

At the time of service, a statutory fee of _____ was also left with the person mentioned and described herein.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Blond, Gender: Male, Height: 6' 00", Weight: 175, Age: 32.

Dated:
Friday, June 20, 2008

Chad Hotaling
DEPUTY SHERIFF