**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONSUMERS DIGEST COMMUNICATIONS, LLC, a Delaware limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | )   No. 08-cv-3486<br>)<br>) |
| v. | )<br>) |
| WESTPOINT HOME, INC., a Delaware corporation, formerly doing business as WESTPOINT STEVENS INC., | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2008, I sent via United States Postal Service to the Plaintiff copies of the voluntary mediation program materials for trademark disputes. I further certify that on June 30, 2008, I sent via United States Postal Service to the Jordan A. Sigale, Loeb & Loeb LLP, 321 N. Clark Street, Suite 2300, Chicago, Illinois 60610, counsel for Defendant, copies of the voluntary mediation program materials for trademark disputes. Notice of this filing was sent on July 8, 2008, via United States Postal Service, to the following party:

Jordan A. Sigale
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, Illinois 60610

                                                Respectfully submitted,

                                                CONSUMERS DIGEST COMMUNICATIONS, LLC


                                                By: s/ Andrew H. Eres
                                                       One of its Attorneys

Andrew H. Eres
Ronald A. Damashek
Jeremy P. Kreger
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL  60603
312-641-0060
ARDC No.: 6237032