IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSUMERS DIGEST COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTPOINT HOME, INC., a Delaware corporation, formerly doing business as WESTPOINT STEVENS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)  No. 08CV3486<br>)<br>)  Judge Shadur<br>)  Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT APPLICATION FOR EXTENSION OF TIME**

Counsel for Plaintiff and Defendant in the above action jointly request the Court to issue an order granting Defendant an extension of time up to and including July 24, 2008, to Answer or otherwise respond to Plaintiff's Complaint filed June 18, 2008.

Dated: July 8, 2008.

/s/ Jordan A. Sigale
Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark, Suite 2300
Chicago, Illinois 60654
Tel: 312/464-3109
Fax: 312/276-8375
Email: jsigale@loeb.com

*Attorney for Westpoint Home, Inc.*

/s/ Andrew H. Eres
Andrew H. Eres
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
Tel: 312/641-0060
Fax: 312/641-6959
Email: aeres@stahlcowen.com

*Attorney for Consumers Digest Communications, LLC*

CH44094.2
209944-10002