**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONSUMERS DIGEST | ) | |
| COMMUNICATIONS, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | No. 08CV3486 |
| Plaintiff, | ) | |
| | ) | Judge Shadur |
| v. | ) | Magistrate Judge Schenkier |
| | ) | |
| WESTPOINT HOME, INC., a Delaware | ) | |
| corporation, formerly doing business as | ) | |
| WESTPOINT STEVENS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT APPLICATION FOR EXTENSION OF TIME**

Counsel for Plaintiff and Defendant in the above action jointly request the Court to issue

an order granting Defendant an extension of time up to and including August 7, 2008, to Answer

or otherwise respond to Plaintiff's Complaint filed June 18, 2008.  The parties request this

extension so that they may continue settlement discussions without the need to incur additional

litigation expenses.

Dated:  July 23, 2008.

/s/ Adam G. Kelly_____          /s/ Andrew H. Eres_____
Adam G. Kelly                                                    Andrew H. Eres
LOEB & LOEB LLP                                          STAHL COWEN CROWLEY ADDIS LLC
321 North Clark, Suite 2300                             55 West Monroe Street, Suite 1200
Chicago, Illinois  60654                                    Chicago, Illinois  60603
Tel:  312/464-3138                                           Tel:  312/641-0060
Fax:  312/276-8375                                          Fax:  312/641-6959
Email:  akelly@loeb.com                                  Email:  aeres@stahlcowen.com

*Attorney for Westpoint Home, Inc.*                  *Attorney for Consumers Digest*
                                                                      *Communications, LLC*

CH44458.1
209944-10004