# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CONSUMERS DIGEST COMMUNICATIONS, LLC, a Delaware limited liability company, ) ) ) ) | |
| Plaintiff, ) | No. 08CV3486 |
| ) | |
| v. ) | Judge Shadur |
| ) | Magistrate Judge Schenkier |
| WESTPOINT HOME, INC., a Delaware corporation, formerly doing business as WESTPOINT STEVENS INC., ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Andrew H. Eres
    Stahl, Cowen, Crowley & Addis LLC
    55 West Monroe Street, Suite 1200
    Chicago, Illinois  60603

PLEASE TAKE NOTICE that on **Friday, July 25, 2005 at 9:15 A.M.**, or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable Milton I. Shadur, or any judge who may be sitting in his place and stead, in Courtroom 2303 at 219 South Dearborn Street, Chicago, IL and shall then and there present the **Joint Application for Extension of Time**, a copy of which is hereby served upon you.

This 23rd day of July, 2008.       By:       /s Adam G. Kelly
                                          Adam G. Kelly, Esq.

LOEB & LOEB LLP
321 North Clark, Suite 2300
Chicago, Illinois 60654
(312) 464-3138
(312) 464-3111 (facsimile)

**CERTIFICATE OF SERVICE**

      I, Adam G. Kelly, hereby certify that on July 23, 2008, I electronically filed the foregoing **NOTICE OF MOTION and JOINT APPLICATION FOR EXTENSION OF TIME** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

      Andrew H. Eres, Esq.
      Stahl, Cowen, Crowley & Addis LLC
      55 West Monroe Street, Suite 1200
      Chicago, Illinois 60603
      Email: aeres@stahlcowen.com

This 23rd day of July, 2008.      By:   /s Adam G. Kelly
                                        Adam G. Kelly, Esq.

                                    LOEB & LOEB LLP
                                    321 North Clark, Suite 2300
                                    Chicago, Illinois 60654
                                    (312) 464-3138
                                    (312) 464-3111 (facsimile)
                                    akelly@loeb.com