# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Consumers Digest Communications, LLC<br>v.<br>Westpoint Home, Inc., formerly doing business as Westpoint Stevens Inc. | Case Number:<br>08CV3486 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Westpoint Home, Inc.

| |
|---|
| NAME (Type or print)<br>Adam G. Kelly |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Adam G. Kelly |
| FIRM<br>Loeb & Loeb LLP |
| STREET ADDRESS<br>321 North Clark Street, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, IL  60654 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277772 | TELEPHONE NUMBER<br>(312) 464-3138 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com