IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CONSUMERS DIGEST COMMUNICATIONS,    )
LLC,                                )
                                    )
                  Plaintiff,        )
                                    )
     v.                             )     No.  08 C 3486
                                    )
WESTPOINT HOME, INC., et al.,       )
                                    )
                  Defendants.       )

MEMORANDUM ORDER

On November 21, 2008 this Court issued its oral ruling
granting the motion of Westpoint Home, Inc. ("Westpoint") to
dismiss Counts IV through VIII of the Complaint brought against
it by Consumers Digest Communications, LLC ("Consumers Digest").
That motion had left intact the trademark and service mark claims
advanced by Consumers Digest, while challenging any federal
copyright claim and some related state law claims.

Now Consumers Digest's counsel has filed an Amended
Complaint ("AC") that advances, in addition to three Lanham-Act-
based claims, a fourth count asserting copyright infringement.
This Court's review of the AC reveals that only AC ¶22 contains
any allegation that might be read as invoking the protection of
the Copyright Act, but no copy of the allegedly infringing
publication has been attached to the AC.  Instead that document
is conspicuous by its absence from Exs. A through G attached to
the AC.

Accordingly this Court requests prompt delivery to its

chambers, as well as to Westpoint's counsel, of a copy of the assertedly offending publication. No substantive order is being entered here, for this Court will leave any questions as to the viability or nonviability of any aspects of the AC to be raised by Westpoint's counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 9, 2008